**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KULDEEP SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-310-J |
| | ) | |
| JOSHUA JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On March 23, 2026, the Court granted Petitioner's Petition and ordered Respondents to provide him with a prompt bond hearing under 8 U.S.C. § 1226(a) or otherwise release him. [Doc. No. 13]. Petitioner's bond hearing occurred on March 26, 2026, but Petitioner was denied bond based on the Immigration Judge's determination that Petitioner "presents a flight risk." [Doc. No. 15-2]. Petitioner is represented by counsel in this matter. *See* [Doc. No. 6]. However, before the Court is a Letter filed by Petitioner, without the assistance of his counsel, requesting an order directing Respondents to conduct a second bond hearing or order his immediate release on his prior order of supervision [Doc. No. 16]. Because a represented party may not file documents on their own behalf without seeking leave of Court, the Letter [Doc. No. 16] is STRICKEN.

IT IS SO ORDERED this 6th day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE